**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LOUIS E. RICHARD**  **PETITIONER**
**ADC #096904**

**V.**   **NO. 5:09cv00087 BSM**

**LARRY NORRIS, Director,**   **RESPONDENT**
**Arkansas Department of Correction**

### ORDER

The court has reviewed the proposed findings and recommended disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The findings and recommendations are adopted in their entirety as this court's findings.

Accordingly, the 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. No. 2) is hereby denied as untimely and this action is dismissed in its entirety, with prejudice. Petitioner's motion for jury trial (Doc. No. 11) is denied.

IT IS SO ORDERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE