# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**LOUIS E. RICHARD**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #096904**

**V.**　　　　　　　　　　　**NO. 5:09cv00087 BSM**

**LARRY NORRIS, Director,**　　　　　　　　　　　　　　　　　　　　**RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

In accordance with the court's order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE